

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

**CV 10  80 126MISC**

Homayun Fatolah Zadeh - #170667

_____ /

**VRW**

**ORDER TO SHOW CAUSE**

It appearing that Homayun Fatolah Zadeh has been enrolled as an inactive member of the State Bar of California pursuant to Rule 960 of the California Rules of Court and that he may not practice law while so enrolled effective May 12, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before July 16, 2010 as to why he should not be suspended from practice before this Court, pending further notice from the State Bar of California.

Dated:

_____
VAUGHN R.  WALKER
United States District Chief Judge

Mailing Address:

Homayun Fatolah Zadeh
Attorney At Law
445 Washington St
San Francisco, CA 94111-2309

United States District Court
For the Northern District of California