**FILED**

JUL 28 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10 80126 MISC VRW

Homayun Fatolah Zadeh,

   State Bar No 170667                 ORDER
_____/

      On June 4, 2010, the court issued an order to show cause (OSC) why Homayun Fatolah Zadeh should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment by the State Bar of California pursuant to Rule 960 of the California Rules of Court, effective May 12, 2010.

      The OSC was mailed to Mr Zadeh's address of record with the State Bar on June 7, 2010. A written response was due on or before July 16, 2010. No response to the OSC has been filed as of this date.

      The court now orders Homayun Fatolah Zadeh removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

      IT IS SO ORDERED.

                                                VAUGHN R WALKER
                                                United States District Chief Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Homayun Fatolah Zadeh

_____/

Case Number: CV10-80126 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 28, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Homayun Fatolah Zadeh
445 Washington St
San Francisco, CA 94111

Dated: July 28, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*